UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00006 |
| | ) | JUDGE SHARP |
| YAHIR LARA | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set for Plea Hearing (Docket No. 13).

The motion is GRANTED and a plea hearing in this matter is hereby scheduled for Monday, March 17, 2014, at 3:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE